UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CARNOT LINO AGBOMENOU, Petitioner | CIVIL DOCKET NO. 1:19-CV-1320-P |
| VERSUS | JUDGE DRELL |
| KEVIN McALEENAN, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 5), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Agbomenou's Motion for Temporary Restraining Order and Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) are hereby DISMISSED for lack of jurisdiction, WITH PREJUDICE as to the jurisdictional issue, but WITHOUT PREJUDICE as to the merits of Agbomenou's claim.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 21st day of November, 2019.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE